**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:   **Tiron Alexander**

Case No.: **24–56213–lrc**
Chapter:  **7**

## *ORDER SETTING DEADLINE TO CORRECT FILING DEFICIENCY*
## *PURSUANT TO AMENDED AND RESTATED GENERAL ORDER 45–2021*

Pursuant to Amended and Restated General Order 45–2021, which provides filing options for individual debtors not represented by an attorney ("Pro Se Debtors"), the debtor submitted document(s) on <u>6/12/24</u>. Amended and Restated General Order 45–2021 requires Pro Se Debtors to mail or hand deliver certain original signed documents submitted by email or fillable form to the Court within ten (10) days of submission.

**<u>To be submitted by 07/04/24</u>**
Original Voluntary Petition (Form B101) filed by Tiron Alexander
Original Statement About Social Security Number (Official Form B121) filed by Tiron Alexander

**If, by the date set forth above, the debtor fails to submit the required papers or correct the deficiencies, the Court may strike the pleading or dismiss this case without further notice or hearing.**

**The Clerk will serve this order on the debtor and the Trustee.**

SO ORDERED, on June 24, 2024.

Lisa Ritchey Craig
United States Bankruptcy Judge

Form 437 – Revised May 2023