# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In      Debtor(s)
Re:    **Tiron Alexander**
         5686 Fulton Industrial Blvd
         Atlanta, GA 30336

**xxx–xx–9435**

Case No.: **24–56213–lrc**
Chapter:  **7**
Judge:  **Lisa Ritchey Craig**

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE(S)

The above–styled case having been dismissed by Order of the Court, it is **ORDERED** that the estate(s) is closed and the Trustee is discharged from and relieved of the trust.

_____
Lisa Ritchey Craig
United States Bankruptcy Judge

Dated:  August 23, 2024

Form 178