**IT IS ORDERED as set forth below:**

**Date: August 25, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TIRON ALEXANDER, | : | 24-56213-LRC |
| | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**<u>O R D E R</u>**

Before the Court is Debtor's *Motion for Reconsideration of Order Denying Waiver of Filing Fee* (Doc. 48, "Motion to Reconsider"), Debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Doc. 50, the "Application"), and *Debtor's Motion for Electronic Filing Privileges and Accommodation* (Doc. 51, the "Motion for EFP"). The Motion seeks reconsideration of the Court's Order entered on August 7, 2026 (Doc. 44, the "Order"), denying Debtor's request for a waiver of the filing fee because he had not filed a

proper application. Debtor has now filed the Application to correct that deficiency.

The Application shows monthly income of $688 and a one-person household, which is consistent with Debtor's updated filed Schedule I. Pursuant to 28 U.S.C § 1930(f), Debtor qualifies for waiver of the Chapter 7 filing fee because Debtor has income less than 150% of the official poverty line income applicable to a family of the size involved (as last published by the United States Department of Health and Human Services) and is unable to pay the filing fee in installments. Accordingly, it is

ORDERED that the Motion to Reconsider is GRANTED, the Order is VACATED, and the Application is GRANTED;

IT IS FURTHER ORDERED that the Motion for EFP is DENIED, as the Court has no procedure for allowing *pro se* parties to file documents electronically and, as the Court denied Debtor's motion to vacate the dismissal of this case (Doc. 43), the case remains dismissed and no further proceedings will be conducted in this case.

**END OF DOCUMENT**

**Distribution List**

Tiron Alexander
5686 Fulton Industrial Blvd
Atlanta, GA 30336

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022