**IT IS ORDERED as set forth below:**

**Date: August 25, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TIRON ALEXANDER, | : | 24-56213-LRC |
| | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**O R D E R**

Before the Court is Debtor's *Motion for Reconsideration of Order Denying Waiver of Filing Fee* (Doc. 48, "Motion to Reconsider"), Debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Doc. 50, the "Application"), and *Debtor's Motion for Electronic Filing Privileges and Accommodation* (Doc. 51, the "Motion for EFP"). The Motion seeks reconsideration of the Court's Order entered on August 7, 2026 (Doc. 44, the "Order"), denying Debtor's request for a waiver of the filing fee because he had not filed a

proper application. Debtor has now filed the Application to correct that deficiency.

The Application shows monthly income of $688 and a one-person household, which is consistent with Debtor's updated filed Schedule I. Pursuant to 28 U.S.C § 1930(f), Debtor qualifies for waiver of the Chapter 7 filing fee because Debtor has income less than 150% of the official poverty line income applicable to a family of the size involved (as last published by the United States Department of Health and Human Services) and is unable to pay the filing fee in installments. Accordingly, it is

ORDERED that the Motion to Reconsider is GRANTED, the Order is VACATED, and the Application is GRANTED;

IT IS FURTHER ORDERED that the Motion for EFP is DENIED, as the Court has no procedure for allowing *pro se* parties to file documents electronically and, as the Court denied Debtor's motion to vacate the dismissal of this case (Doc. 43), the case remains dismissed and no further proceedings will be conducted in this case.

**END OF DOCUMENT**

**Distribution List**

Tiron Alexander
5686 Fulton Industrial Blvd
Atlanta, GA 30336

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022

United States Bankruptcy Court
Northern District of Georgia

In re:
Tiron Alexander
Debtor

Case No. 24-56213-lrc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9 | User: bncadmin | Page 1 of 1
Date Rcvd: Aug 26, 2026 | Form ID: pdf458 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiron Alexander, 5686 Fulton Industrial Blvd, Atlanta, GA 30336-3242 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kyle A. Cooper | kylecoopertrustee@gmail.com ecf.alert+Cooper@titlexi.com |
| Kyle A. Cooper | on behalf of Trustee Kyle A. Cooper kylecoopertrustee@gmail.com ecf.alert+Cooper@titlexi.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3